# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
World Airways, Inc.  
101 World Drive  
Peachtree City, GA 30269  
  **EIN:** 94–1358276

**Chapter:** 7

**Case No.:** 13–12949–MFW

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

  PLEASE TAKE NOTICE that Alfred T. Giuliano, trustee for the above styled estate, has filed a Notice of Final Report And Applications For Compensation and Deadline to Object ("NFR") at Docket No. 26 .

  The Court has scheduled a hearing regarding this report for April 19, 2023 at 2:00 pm at the U.S. Bankruptcy Court, 824 Market Street, Courtroom #4 , 5th floor, Wilmington, Delaware. The complete Notice of Final Report may be viewed by accessing the court's website at https://www.deb.uscourts.gov/trustees–final–reports.

_____  
Una O'Boyle, Clerk of Court

Dated: 3/24/23

(VAN–485)